JB

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:02-M-297

UNITED STATES OF AMERICA            )
                                    ) ORDER FOR DISMISSAL
        v.                          )
                                    )
HUGO BENALCAZAR                     )

Pursuant to Rule 48(a) of the Federal Rules of Criminal
Procedure and by leave of Court endorsed herein, the United States
Attorney for the Eastern District of North Carolina hereby
dismisses the Criminal Complaint and Warrant against the above-
captioned defendant without prejudice, and shows unto the Court the
following:

1.   This Complaint and Arrest Warrant was issued by then
Magistrate Judge Mason on or about May 24, 2002. The defendant was
taken into administrative custody on or about September 24, 2009.
The Bureau of Immigration and Customs Enforcement (ICE) reports
that the defendant has been the subject of a de-naturalization
process in another district and is now in the process of being
deported.

2.   ICE also reports that in the course of the reorganization
which resulted in the functions formally handled by the Immigration
and Naturalization Service being split and brought into the
Department of Homeland Security, the evidence supportive of the
charges against the defendant in this district is no longer

available.    In acknowledgment of this fact, ICE has begun administrative proceeding with intent to deport the defendant.    He is in administrative custody.

3.    The loss of the evidence leads the Government to the conclusion that the allegation contained in the subject complaint is no longer viable.    As a consequence the Government moves the Court to dismiss the subject Indictment.

Respectfully submitted, this 5th day of November, 2009.

GEORGE E. B. HOLDING
United States Attorney


/S/ John S. Bowler
BY: JOHN S. BOWLER
Assistant United States Attorney
Criminal


Leave of Court is granted for the filing of the foregoing dismissal.


SO ORDERED. This 11 day of February 2013.

JAMES C. DEVER III
Chief United States District Judge